FILED

JUL 2 1 2017

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Teresa Miller
P.o. Bx 111
Morgantown WU 26507
*(Full name and address of the plaintiff)*
**Plaintiff(s)**

vs.

Civil No.: 1:17 CV 128
*(Leave blank. To be filled in by Court.)*

Keeley / Aloi

Monongalia Circuit Court
Judge Phillip Gaujot    *West Virginia State Supreme
Steven Fitz    DeAndraBurton    Court + Appeals
Edward Rollo    Ashley* Hunt    ~~Boost Mobile~~
Micheal Pennington    Micheal Pamer
*(Full name and address of the defendant(s))*
**Defendant(s)**

Robert W, Trumble  United States District Court

## COMPLAINT

1.    Jurisdiction in this case is based on:

☐    Diversity (none of the defendants are residents of the state where plaintiff is a resident)

☑    Federal question (suit is based upon a federal statute or provision of the United States Constitution)

☐    Other (explain) _____

_____

_____

Complaint (Rev. 12/2000)                    1



LIST OF PARTIES

Circuit Court of Monongalia County

Judge Phillip D Gajout

Judge Summers

William Pennington

DeAndra burton

Ashley hunt

Micheal. Pamer

West Virginia State Supreme Court of Appeals

United States District Court For The Northern District of West Virginia

United States Court of Appeals for the Fourth Circuit

*ii 2*

CONSTITUTIONAL AND STATUTORY PRIVISIONS

The Suspension Clause of the United States Constitution

Article One, Section 9, clause 2,

*pages 1-4*

Constitution of West Virginia

ARTICLE III

3-4.  Writ of habeas corpus.

*pages 1-4*

CONSTITUTIONAL AND STATUORY PRIVISIONS INVOLVED

Brady v. Maryland 373 U. S.83,87 (1963)

*Page 1-2*

United States v word 806F.2d658,665

*Page 1-2*

United States v Bencs, 28F.3d555,560-61

*Page 1-2*

Agurs. See. Burn v. Lafler, 328 F.Supp. 2d711, 724(E.D.Mich.2004) (citing Bencs,28F.3d at 561)

*Page 1-2*

United States v. Oakes, 411 F.Supp.2d1,4 (D.Me.2006)

*Page 1-2*

Brady,373 U.S.at88

*page 1-2*

OTHER

Page
1-2

Kevin C. McMunigal, Guilty Pleas, Brady Disclouser, and Wrongful Convictions, 57 Case W. Res.
L. Rev.651(2007)

x5

pictures 1    Include App 1-20
pages total 40

Orders pages
total 11

## Statement of Case

Statement
Case
18 pages

As stated in Case mentioned
in the photographs Jude Phillip
D. Gaujot is allowing this case
to proceed without following
proper protocol.

While He, The State of West
Virginia Supreme Court of Appeals,
and The United States District
Court for the Northern District
of West Virginia, allowed my
Constitutional Rights Article 1, Section
9, Clause 2 and West Virginia
Constitution Article 3 and Federal
Code 28 usc § 2254 to be stoped
and violated.

State of West Virginia
(App 2) Denial of the Habeas Corpus
(App 3) Denial to extend time to
submitt appendix Case Dismissed
without prejudice
(App 18)
Federal Court
(App 18) Case 2:16cv7 Case Dismissed
because I did not exhauste
State Remides Baldwin v Reese
541, U.S. 27, 29 (2004)

Proper procedure was followed
6
page 1 of 12

it was dismissed in the
State Supreme Court of Appeals

Appealed in the United States
Court of Appeals For the Fourth
Circuit
D (App 20) Denied and Dismissed

West Virginia State Supreme
Court of Appeals
(App 4)
Now my motion to file
Appeal out of time is granted
and Case 16-0034, is renamed
that was dismissed is renamed
16-0235.

I filed this Case 6 times
pro se. And they would not
accept the filings. They stated
I had a court appointed attorney,
and five court appointed
Attornies refused to file my
case also, They kept wanting
to dismiss my Case and I never
signed.

The State of West Virginia
Remanded my Cases several
times back to the Circuit Court
for Appointment of Counsel only,

7

page 2 of 11

In the same Court that the
Habeas was filed against where
she had not received a fair
tribunal.
Why did the West Virginia
State Supreme Court not appoint
their own counsel as they
did in
(App. 13)

After the petitioner was released
from probation 6 months early
even with past probationary history
(reason was refused parole twice).
Even after petitioner filed
Change of Venue, Removal of
Prosecutor, Disqualification of
Judge, and Motion to Amend
Clerical Errors in Court Orders
because probationer was not
receiving a fair tribunal.
And Motion to Discharge Defendant
From Further Custody which she
was released on because they
refused to give me my transcripts
to file a Habeas Corpus.

Why Where the petitioner rights
to follow proper to exhaust
State Remidies Denied to
Her. So that even if Denied

8

Page 3 of 12

at the State level, the petitioner could refile on the federal level. And then the US. level.

Why were court orders mentioned filed pro se. refused so that the petition would not receive a fair tribunal.

Who is to say that K if she had been allowed her constitutional right to file a Habeas Corpus. That her case would not have been dismissed and removed from her record due to the gross misconduct of police officers and the Circuit Court and West Virginia State Supreme Court.

Thus making the petitioner have to suffer and keep suffering from the damages done to her by The West Virginia State Supreme Court, Monongalia Circuit Court and The United States District Court for the Northern District. ~~By no By~~ denying her the Constitional Right to file a Habeas Corpus 11 times. 9

page 4 of 12

Because every time I asked for a removal of an attorney, because they would not pick up the case mail sent to them certified return receipt. Or they would not file the Case I refiled on my own behalf pro se. And the St West Virginia State Supreme Court would not accept they just kept remanding back to the Circuit Court were that the Case was filed against.

Why was I not aloted the chance to clear my record as stated in the constitution of the United States and West Virginia and Federal Rules of Procedure. Because now I will never be allowed the chance to because I am no longer in states Custody

16

STATEMENT OF CASE


On December 29 , 2015 petitioner was granted a reconsideration then after asking to file a
habeas the judge took the reconsideration away and granted the habeas

1-19-16. I filed a petition for habeas  on the assignments of error

1. claims concerning use of informers to convict

2. Irregularities in arrest

3. mistaken advise of counsel as to the eligibility

 4.  defendants absence from parts of proceedings

5. no search warrant

6. Refusal to turn over witness notes

7. Refusal to subpoena witnesses

8. For 2 revocation hearings 1 evidence was withheld held after asking court to disclose and in
one notification was sent to wrong address on purpose because probation and the court had
the correct address because of hearing held 3/9/15  9. Denial of reconsideration that had just
been granted  after stating I wanted to file a state habeas.

William Pennington appointed Counsel refused to
pick a certerfited return raceipt mail

 On 3/2/16 The State of WEST VIRGINA filed a summary motion to dismiss for failure to follow
appellate procedure due to refusals to use law library at Lakin Correctional Center I filed in the
federal court case number 3:16-cv-7 which they dismissed because petitioner no longer in state
custody, it is now moot .  All appeals on decision that have been filed  in the state court are also
filed in the federal court two of which I never received scheduling orders for. (App 2 )
Denied (App 3)
Then they renamed and kept open (App 4)
I then refiled in the West Virginia State Supreme court of appeal on 3/7/16  which was given
case number 16-0235. On the assignments of error

1. Statue under which conviction obtained was unconstitutional

2. Involuntary guilty plea

3. Coerced plea signing

4. Suppression of evidence by prosecution

5. Information in presentence report errors

Page 6 of 12

6. Ineffective assistance of counsel

7. Double jeopardy

8. Claims concerning use of informers to convict

9. Refusal to turn over witness notes

10. Irregularities in arrest

11. Acquittal of co defendant on the same charge they left him leave and did not mention him in police report primary owner of residence was not arrested for things found in her house

12. Defendants absence from parts of proceedings

13. Questions of actual guilt on an acceptable guilty plea

14. Sever sentence than expected

15. Mistaken advice of counsel as to the eligibility of parole

16. Court orders do not match each other or court transcripts

17. Fair tribunal

18. Violation of my 14 amendment rights to see evidence against me instead of hearsay

19. Violation of 14th amendment rights to notification of hearing

20. Violation of my rights to usurpation of power

21. Deformation of charter slander

I then file for counsel so I would not be refused appellate procedure again on 3/15/16.


4/7/15. I filed a motion to remove William Pennington again after being appointed a second time to file appeal for failure to communicate with the defendant and pick up mail that she had sent certified return receipt two times 7015 0640 0005 6272 0388 and 7015 0640 0005 6272 0395 and he refused to pick up.


The West Virginia State Supreme Court then remanded back to the circuit court for appointment of counsel only 5/27/16.

7/21/16 DeAndra Burton was appointed counsel.

The petitioner filed numerous times for her court transcripts and was continuously refused so on , 7/2016  petitioner filed MOTION TO DISCHARGE DEFENDANT FROM CUSTODY

2  12

Page 7 of 17

for refusal a transcripts

and because the defendant felt she was not receiving a 334 VENUE.,  RUCUSE THE OFFICE OF THE PROSECUTOR ATTORNEY, MOTION FOR DISQUALIFICATION OF JUDGE, MOTION TO AMEND CLERICAL ERRORS IN COURT ORDERS ,ANDMOTION FOR DISCLOUSER AND INSPECTION OF EVIDENCE which was also filed on 2/17/17


8/5/16 the state supreme court refused motion to compel transcripts filed on

4/29/16 and stated that counsel for the defendant would see if  transcripts were necessary for the purpose of appeal.


8/ 15/16 defendant released on probation by court order filed pro se MOTION TO DISCHARGE DEFENDANT FROM FUTHER CUSTODY With one year probation


10/5/16 DeAndra Burton filed a  motion to withdraw appeal which I did not agree with or sign.

On. 10/11/16  I filed a motion to appeal decision to dismiss. On 10/21/16 I filed. A motion to amend complaint amended complaint filed by petitioner.

There was an intent to sanction issued I have still not received the reason why DeAndra Burton did not file the appeal she had 10 days.

2/2/17  Ashley Hunt was appointed counsel. On 2/27/17 attorney had petitioner dismissed from probation 1 day before habeas was to be filed in state supreme court date to be filed 3/1/17 six months before her probation release date .Even with petitioners past probation history that included house arrest, day report 5 days a week, being sent to prison two times and the court violating West Virginia code 62-12-10 and her pre-sentence report. She was still released from probation. She was also refused parole 2 times because of her history on probation. She was to be released from probation a year from 8/ 15 /16.

The petitioner did not sign any papers to dismiss her appeal.  3/3/17 Crystal Waldon out of Charleston was appointed counsel.

By West Virginia state supreme court which i do not see why they did not do in the first place because the habeas and appeals on decision were filed against the same court that had sentenced petitioner and she still does not think that she had or has received  a fair tribunal


2/29/17 defendant released from probation six months early one day before court ordered habeas was to be filed on 3/1/17 even with past probationary histories and refusals of parole

Since having this habeas filed and federal suits I have been refused work. I have been harassed by the police. Ran off of university property for loitering while I have money in my pocket and told i will be arrest for trespassing. Ran off of Ruby memorial by the football stadium on the steps. Ask to leave from business in town they said I was stealing so I told the officer to watch the tape he said they did not want to prosecute so I asked again for him to watch the tape I wanted him to and he would not basically harassing me because other individuals are allowed to stand there all day. So I said go ahead and arrest me so I have proof then they say I am going to arrest me for obstructing an officer yet im not arguing just stating my rights but I still leave peaceably. I also lost a job for federal lawsuits filed against the county and have texts messages showing this because I know for a fact that federal lawsuits do not show up on a background check. But was told I would have to fill out another application at burger king because of federal paperwork I had filed.

I was kicked out of the homeless shelter bartlet house after a woman started a fight with me and her and the staff called law enforcement on me to have me arrested and i told them to watch the cameras and they had her removed to.

My phone account and internet have been messed with google account people deleted FB account the same way. Emails and Photos deleted. Dating Sites messages deleted people blocked. Am not receiving mail from the United States Supreme Court. Forced to Basicly live in Poverty, and do what I have to to live. Had my personal life put on hold so I am unable to have relationships children, home. I have also sent emails and screen shots to the United States Attorney General, and the FBI and filed a complaint with both. Because they have greatly disrupted my life and childrens lives I am filing a seperate suit on this

Ⓢ 15

page 100 of 12

QUESTIONS PRESENTED

The petitioner would like to know how she can be granted a reconsideration then have it taken away because she want to file a habeas corpus. Even a prisoner with a life sentence gets a habeas corpus. Then after being granted the habeas corpus have her court appointed habeas refused for filing by five attorneys.

Why her right to file a habeas corpus was denied to her after it being ordered in 2015? Why 5 court appointed attorneys refused to file her habeas corpus?

Why The State of West Virginia did not appoint counsel in the first place and kept remanding it back to the circuit court for appointment of counsel where the petitioner was not receiving a fair tribunal?

What was the deliberate intent of these attorneys and the state for refusing to file a habeas corpus?

Why after filing case 16-0034 in the West Virginia State Supreme Court that was dismissed due to the fact to follow procedure. Did the Federal Court for the Northern District say I had not filed a State Habeas and Dismiss case #2:16cv 7

Why was my constitutional right to have a Habeas and a court ordered Habeas Denied to me? Not Once but 8 times.

REASON FOR GRANTING THE PETITION

Every prisoner has a right to have a reconsideration granted and as many state appeals filed as they want by order of the president.  I was denied this right on 12-29-15 after being granted a reconsideration then having it took away because i wanted to file a habeas. Every prisoner has a constitutional right to file a habeas. And a state right to file one I was denied my right to file a habeas corpus six times by attorneys that were appointed from either the circuit court or on Remand from the West Virginia State Supreme Court of Appeals . I greatly feel that this has proceeded in my success for a productive future. Because of the fact that in my plea were charges that were dismissed eight months prior and information charges that after asking my attorney and judge to see a discovery on i was refused and told later they do not have to show me. I feel that my constitutional rights were violated by means of the prosecutor with holding exculpatory evidence. I feel I have received an unfair tribunal by the orders and refusal of a change of venue and by the state court of appeals not appointing counsel their selves. Until my case had been dismissed by the circuit court and i was no longer in states custody causing all decisions to be moot. The defendant would like her constitutional rights upheld had she received a fair tribunal in the filing of her habeas corpus then she may have had a reversal on the decisions.

 17

page 12of12

3.    The relief I want the court to order is:

☑    Damages in the amount of: _5,000,000 Dollars_

☐    An injunction ordering: _____

_____

☑    Other (explain) _Since the denied me the chance to have my habeas filed and heard they denied me the chance to clear my record. There fore making my chance for a life impossible. Am still suffering damage_

_6-27-17_
(Date)

_Teresa Miller_
(Signature)

_Teresa Miller_
_Po. Bx 111_
_Morgantown WV_
_304-290-8790_
(Printed name, address and phone number of Plaintiff)

## Privacy Rules and Judicial Conference Privacy Policy

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.